tioner. *Solicitor General Perlman* filed a memorandum for the United States, respondent, stating that the Government, in effect, occupies the role of a stakeholder and takes no position as to whether the writ of certiorari should issue.

No. 70. BOYLE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott* and *Irving I. Axelrad* for respondent.

No. 71. JONES *v.* MOTOROLA, INC. ET AL. C. A. 2d Cir. Certiorari denied. *L. Stewart Gatter* for petitioner. *Foorman L. Mueller* for Motorola, Inc., respondent.

No. 72. HUGO V. LOEWI, INC. *v.* GESCHWILL. C. A. 9th Cir. Certiorari denied. *Arthur B. Hyman* for petitioner. *Roy F. Shields* for respondent.

No. 73. HUGO V. LOEWI, INC. *v.* SMITH. C. A. 9th Cir. Certiorari denied. *Arthur B. Hyman* for petitioner. *Roy F. Shields* for respondent.

No. 74. COLUMBIA HOSPITAL FOR WOMEN AND LYING-IN ASYLUM *v.* UNITED STATES FIDELITY & GUARANTY CO. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Milton W. King, Bernard I. Nordlinger* and *Ellis B. Miller* for petitioner. *Louis M. Denit, Thomas S. Jackson* and *A. Leckie Cox* for respondent.